FILED
2026 Sep-25 AM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:26-cr-319-LCB-GMB** |
| | ) | |
| **HARMEL DEANNE CODI,** | ) | |
| ***also known as* Mel Mason,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

On September 9, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Gray M. Borden. A Report and Recommendation was filed on September 10, 2026 recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED**.

**DONE** and **ORDERED** this September 25, 2026.

LILES C. BURKE
U.S. DISTRICT JUDGE